| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

JAKE JOHNSON,

          Plaintiffs,

   v.

F/V MIDORI, INC., et al.,

          Defendants.

Case No. 18-cv-00259-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 3, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 31, 2019.

DESIGNATION OF EXPERTS: 1/31/19; REBUTTAL: 2/9/19;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 1, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 8, 2019;
    Opp. Due: February 22, 2019; Reply Due: March 1, 2019;
    and set for hearing no later than March 15, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 23, 2019 at 3:30 PM.

JURY TRIAL DATE: May 6, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 - 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By May 11, 2018, counsel shall inform the Court as to which mediator was selected and by May 31, 2018, counsel shall inform the Court to the date of the mediation session. The private mediation session shall occur in November 2018.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/1/18

_____
SUSAN ILLSTON
United States District Judge