BRODSKY MICKLOW BULL & WEISS LLP
Edward M. Bull III, State Bar No. 141966
Kurt Micklow, State Bar No. 113974
1070 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

Attorneys for Plaintiff
JAKE E. JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE E. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>F/V MIDORI, INC, SEAN G. EADDY, *in personam,* the F/V MIDORI (U.S.C.G Doc. No. 595210), her engines, tackle, apparel, furniture, and appurtenances, *in rem,* and DOES 1-10,<br><br>    Defendants. | CASE NO. 3:18-cv-00259-SI<br><br>**STIPULATION OF DISMISSAL**<br><br>**[F.R.C.P. Rule 41(a)(1)(A)(ii)]** |

  It is hereby STIPULATED by and between Plaintiff JAKE E. JOHNSON, and Defendants F/V MIDORI, INC and SEAN G. EADDY, that this entire case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

  **SO STIPULATED;**

DATED: March 19, 2019    BRODSKY MICKLOW BULL & WEISS LLP

                By:   /s/   Edward M. Bull III
                   Edward M. Bull III

              Attorneys for Plaintiff
              JAKE E. JOHNSON

**SO STIPULATED;**

DATED: March 19, 2019     COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP

By:   /S/ Galin G. Luk
      Galin G. Luk

Attorneys for Defendants,
F/V MIDORI, INC,
and SEAN G. EADDY

[PROPOSED] **ORDER**

Having reviewed the Stipulation of the Parties, **IT IS HEREBY ORDERED THAT:** this entire case is hereby DISMISSED with prejudice, each party to bear their own attorney's fees and costs.

DATED: 3/21/19                _____
                                                     SUSAN ILLSTON
                                                     United States District Judge